Cite as 2020 Ark. 302
# SUPREME COURT OF ARKANSAS

IN RE DISTRICT COURT RESOURCE
ASSESSMENT BOARD

**Opinion Delivered:** October 1, 2020

---

### PER CURIAM

John Wilkerson, General Counsel of the Arkansas Municipal League, is reappointed to the District Court Resource Assessment Board for a four-year term to expire on April 30, 2024. The Court thanks Mr. Wilkerson for his willingness to continue to serve on this important board.

The Honorable Doug Erwin, County Judge for Lonoke County, is appointed to the District Court Resource Assessment Board for a four-year term to expire on April 30, 2024. The Court thanks Judge Erwin for his willingness to serve on this important board.

The Court extends its gratitude to Judge Michael Lincoln, whose term has expired, for his work on behalf of the Board.